# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID HUDSON

NO. 2025 KW 0506

**JULY 28, 2025**

In Re:   David Hudson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-96-557.

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT